IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIDNEY B. STEWART, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>MONOGRAM BIOSCIENCES *C/O H. R*,<br><br>    Defendant.<br>_____/ | Case No. 4:11-cv-01181 DMR<br><br>**ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS** |

    On February 8, 2011, plaintiff Sidney Stewart's *pro se* complaint for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and application to proceed *in forma pauperis* were transferred from the United States District Court for the District of Columbia to the Northern District of California. On April 26, 2011 plaintiff consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c).

    IT IS ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk issue summons.

1  IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

The Initial Case Management Conference set for June 22, 2011 at 1:30 p.m. is VACATED. The Court will schedule an Initial Case Management Conference once the U.S. Marshal for the Northern District of California serves a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

IT IS SO ORDERED.

Dated: May 20, 2011

*[signature]*

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE