UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIDNEY B STEWART,

    Plaintiff,

    v.

MONOGRAM BIOSCIENCES,

    Defendant.
_____/

Case No.  C-11-01181-DMR

**ORDER DESIGNATING CASE FOR E-FILING**

    Having considered Plaintiff Sidney B. Stewart's Motion to E-file, having been advised by Plaintiff that he is willing and able to participate in the Court's Electronic Case Filing (ECF) Program, and pursuant to Civil Local Rule 5-4 and General Order No. 45, IT IS HEREBY ORDERED that Plaintiff's Motion to E-file is GRANTED and that *Stewart v. Monogram Bioscis.*, No. C-11-01181-DMR, is designated to the ECF Program.  Plaintiff shall register as an e-filer within ten (10) days of the date of this order and thereafter comply with all rules regarding e-filing.  Please consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete instructions for e-filing.

    IT IS SO ORDERED.

Dated: June 1, 2011

_____
DONNA M. RYU
United States Magistrate Judge