UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIDNEY B STEWART,

    Plaintiff,

    v.

MONOGRAM BIOSCIENCES,

    Defendant.
_____/

No. C-11-01181-DMR

**ORDER TO FILE *EX PARTE* COMMUNICATION**

On June 7, 2011, Plaintiff Sidney Stewart ("Plaintiff") submitted an *ex parte* communication to the court via e-mail, [Docket No. 20], contrary to the mandate of the Local Rules of Civil Procedure. N.D. Cal. Civ. R. 11-4(c) (stating that "parties to any action must refrain from making telephone calls or writing letters . . . to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel"). To remedy this occurrence, the court hereby ORDERS that the letter in question be filed on ECF and reminds parties to electronically file all future documents on the ECF system.

IT IS SO ORDERED.

Dated: June 7, 2011

_____
DONNA M. RYU
United States Magistrate Judge