UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIDNEY B STEWART,

    Plaintiff,

    v.

MONOGRAM BIOSCIENCES,

    Defendant.

No. C-11-01181-DMR

**ORDER ON FILLING *EX PARTE* COMMUNICATIONS AND BANNING PLAINTIFF FROM USING THE JUDGE'S PROPOSED ORDER E-MAIL MAILBOX**

On June 9, 2011, Plaintiff Sidney Stewart ("Plaintiff") submitted another *ex parte* communication to the court via e-mail, [Docket No. 23], contrary to this court's order of June 7, 2011, [Docket No. 21], and the mandate of the Local Rules of Civil Procedure. N.D. Cal. Civ. R. 11-4(c) (stating that "parties to any action **must refrain from making telephone calls or writing letters . . . to the assigned Judge** or the Judge's law clerks **or otherwise communicating with a Judge** or the Judge's staff regarding a pending matter, **without prior notice to opposing counsel**") (emphasis added). To remedy this occurrence, the court hereby ORDERS that the letter in question be filed on ECF.

In addition, the court ORDERS that Plaintiff **SHALL NOT communicate directly with the Judge**; ORDERS that Plaintiff be BANNED from submitting E-mails via the Judge's Proposed Order E-mail Mailbox; and ORDERS Plaintiff to electronically file all future documents on the ECF system.

IT IS SO ORDERED.

Dated: June 9, 2011

DONNA M. RYU
United States Magistrate Judge