**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIDNEY B STEWART,

             Plaintiff(s),

   v.

MONOGRAM BIOSCIENCES,

             Defendant(s).

_____/

No. C-11-01181-DMR

**ORDER DEMANDING PLAINTIFF
SUBMIT TO THE COURT
DEFENDANT'S ADDRESS**

     Plaintiff Sidney B. Stewart is hereby ORDERED to provide the Court via an ECF filing the address of Defendant Monogram Biosciences no later than June 24, 2011.

     IT IS SO ORDERED.

Dated:  June 17, 2011

_____
DONNA M. RYU
United States Magistrate Judge