UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY B STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>MONOGRAM BIOSCIENCES,<br><br>    Defendant.<br>_____/ | No. C-11-01181-DMR<br><br>**ORDER RE EX PARTE COMMUNICATIONS** |

The court is in receipt of two letters, dated July 19 and 20, 2011, mailed by Plaintiff to the undersigned. Because the submission of these letters is an inappropriate, one-sided communication with the judge, also known as an ex parte communication, the court is returning these letters unread and will not consider them in this case. The court hereby ORDERS Plaintiff to make no further one-sided communications with the court.

If Plaintiff seeks further aid in developing his case, the court recommends that he consult the Pro Se Handbook, a guide for litigants representing themselves, located at http://cand.uscourts.gov/prosehandbk.

IT IS SO ORDERED.

Dated: July 26, 2011

_____
DONNA M. RYU
United States Magistrate Judge