UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY B. STEWART,<br><br>               Plaintiff,<br><br>      vs.<br><br>MONOGRAM BIOSCIENCES,<br><br>               Defendant. | Case No.  C 11-01181 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR CHRISTINA N. GOODRICH** |

Having reviewed and considered the Motion for Leave to Withdraw Appearance of Christina N. Goodrich as counsel for Defendant Monogram Biosciences, it is hereby:

**ORDERED** that said Motion is **GRANTED**.

Dated: Sept. 1, 2011               By: _____
                                   Honorable Charles R. Breyer
                                   UNITED STATES DISTRICT COURT JUDGE



2

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR CHRISTINA N. GOODRICH; PROPOSED ORDER**

Case No. C 11-01181 CRB

LA-489682 v1