|     |                          |                                              |
| --- | ------------------------ | -------------------------------------------- |
| 1   |                          |                                              |
| 2   |                          |                                              |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SIDNEY B. STEWART, | Case No. C 11-01181 CRB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR CHRISTINA N. GOODRICH |
| vs. | |
| MONOGRAM BIOSCIENCES, | |
| Defendant. | |

1

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR CHRISTINA N. GOODRICH; PROPOSED ORDER**

**Case No. C 11-01181 CRB**

LA-489682 v1

Having reviewed and considered the Motion for Leave to Withdraw Appearance of Christina N. Goodrich as counsel for Defendant Monogram Biosciences, it is hereby:

**ORDERED** that said Motion is **GRANTED**.

Dated: Sept. 1, 2011          By: _____
Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

2

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR CHRISTINA N. GOODRICH; PROPOSED ORDER**

**Case No. C 11-01181 CRB**

LA-489682 v1