IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIDNEY B. STEWART,

    Plaintiff,

v.

MONOGRAM BIOSCIENCES,

    Defendant.

No. C 11-01181 CRB

**ORDER SETTING HEARING DATES FOR MOTIONS TO CHANGE VENUE**

Plaintiff Sidney Stewart filed on November 10, 2011 a Motion to Change Venue, which he calendared for December 9, 2011. See dkt. 55. He also filed on November 18, 2011 a Motion to Request Change of Venue, which he also calendared for December 9, 2011. See dkt. 59. Plaintiff's filings violate Local Civil Rule 7-2(a), which requires that all motions be "filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." His Motions will therefore not be heard on December 9, 2011, but on January 6, 2012. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (dkt. 52) will remain on calendar for December 9, 2011 as scheduled.

**IT IS SO ORDERED.**

Dated: November 22, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1181\order re venue.wpd