IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIDNEY B. STEWART,

    Plaintiff,

v.

MONOGRAM BIOSCIENCES,

    Defendant.

No. C 11-01181 CRB

**ORDER DISMISSING CASE**

On September 16, 2011, this Court dismissed *pro se* plaintiff Sidney Stewart's Title VII complaint against his former employer, Monogram Biosciences, with leave to amend. See dkt. 50. Mr. Stewart filed a First Amended Complaint that, like the original complaint, failed to make basic allegations required for Title VII claims, and did not include a prayer for relief. See dkt. 51. Accordingly, on December 9, 2011, the Court again dismissed Mr. Stewart's case, with leave to amend, but specified that Mr. Stewart "must amend within thirty (30) days." See dkt. 62 (emphasis in original). Mr. Stewart has failed to amend within this timeframe. Accordingly, this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: January 31, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1181\order dismissing.wpd