IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIDNEY B. STEWART,

    Plaintiff,

  v.

MONOGRAM BIOSCIENCES,

    Defendant.

No. C 11-01181 CRB

**JUDGMENT**

Having dismissed this case under Federal Rule of Civil Procedure 41(b), the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1181\judgment.wpd