IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY B. STEWART,<br><br>    Plaintiff,<br><br>  v.<br><br>MONOGRAM BIOSCIENCES,<br><br>    Defendant.<br>_____/ | No. C 11-01181 CRB<br><br>**JUDGMENT** |

Having dismissed this case under Federal Rule of Civil Procedure 41(b), the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 1, 2012

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE